








```
JPP    2/18/04    9:56
3:04-CV-00302    MASSEY V. PATENAUDE AND FELIX
*1*
*NTCREM.*
```

1  **PATENAUDE & FELIX, APC**
   Raymond A. Patenaude, Esq. (#128855)
2  Paul J. Klemm, Esq. (#199194)
   Victor S. Patenaude, Esq. (#216342)
3  David C. Scott, Esq. (#225893)
   4545 Murphy Canyon Road, 3rd Floor
4  San Diego, California 92123-4363
   (858) 244-7600 Fax (858) 836-0318
5



04 FEB 12 PM 2:40



U.S. DISTRICT COURT
SOUTHERN DISTRICT OF CALIFORNIA

DEPUTY

6  Attorney in Pro Per

7

8               UNITED STATES DISTRICT COURT

9               SOUTHERN DISTRICT OF CALIFORNIA

10  STEPHANIE MASSEY,                '04 CV 00302    R (LSP)

11                        Plaintiff,  Federal Court Case No. _____

12  v.                                State Court Case No. GIE020087

13                                    NOTICE OF REMOVAL OF ACTION:
    PATENAUDE AND FELIX              UNDER 28 U.S.C. §1441(b)
14                                    (FEDERAL QUESTION)
    AND DOES 1-10
15

16                        Defendant.

17

18  TO THE CLERK OF THE ABOVE-ENTITLED COURT:

19      PLEASE TAKE NOTICE that defendant, PATENAUDE AND FELIX, hereby removes to this

20  Court the state court action described below.

21      1.   On December 26, 2003 an action was commenced in the Superior Court of the State of

22  California in and for the [City and] County of San Diego, entitled Stephanie Massey, Plaintiff, vs.

23  Patenaude and Felix, Defendant, as case number GIE020087 attached hereto as Exhibit "A".

24      2.   The first date upon which defendant Patenaude and Felix received a copy of the said

25  complaint was January 14, 2004, when defendant was served with a copy of the said complaint and a

26  summons from said state court. A copy of the summons is attached hereto as Exhibit "B".

27      3.   This action is a civil action of which this Court has original jurisdiction under 28 U.S.C.

28  §1331, and is one which may be removed to this Court by defendant pursuant to the provision of

1

NOTICE OF REMOVAL OF ACTION: UNDER 28 U.S.C. §1441(b) (FEDERAL QUESTION)

28 U.S.C. §1441(b) in that it arises under the Rosenthal Act, 15 U.S.C. 1692 et.seq., commonly referred to as the Fair Debt Collection Practices Act.

4. No other defendants were named in the complaint and therefore no joinder of defendants is necessary.

Dated: February 11, 2004

PATENAUDE & FELIX, APC

By: _____
PAUL J. KLEMM, Esq.
Attorneys for ~~Plaintiff~~

2

NOTICE OF REMOVAL OF ACTION: UNDER 28 U.S.C. §1441(b) (FEDERAL QUESTION)

W:\MBNA\Massey v P&F\Notice of Removal of Action.wpd

**EXHIBIT "A"**

Troy A. Hall, Esq.   SBN 165939
Daniel Kodam, Esq.   SBN 190703
Credit Partnership
41743 Enterprise Circle N, Suite 201
Temecula, CA 92590
Phone:  858-427-8507
Facsimile 877-223-9993

Attorney For Plaintiff

SUPERIOR COURT OF CALIFORNIA, COUNTY OF SAN DIEGO

EL CAJON (EASTERN) JUDICIAL DISTRICT

| | |
|---|---|
| STEPHANIE MASSEY, <br><br> vs. <br><br><br> PATENAUDE AND FELIX; <br><br> DOES 1-10. | Case No.: <br><br> COMPLAINT CAUSES OF ACTIONS: <br> 1. FAIR DEBT COLLECTION PRACTICES ACT VIOLATIONS 15 USC 1692(b) and (c) <br> 2. CALIFORNIA FAIR DEBT COLLECTION ACT VIOLATION, CALIFORNIA CIVIL CODE §1788.14 <br> 3. CALIFORNIA FAIR DEBT COLLECTION ACT VIOLATION, CALIFORNIA CIVIL CODE §1788.13 <br> 4. CALIFORNIA FAIR DEBT COLLECTION ACT VIOLATION, CALIFORNIA CIVIL CODE §1788.10 <br> 5. INTENTIONAL INFLICTION OF SEVERE EMOTIONAL DISTRESS <br><br> AMOUNT CLAIMED: $50,000 |

   COMES NOW THE Plaintiff and alleges the following causes of action.

1. Defendant, Patenaude and Felix, is a law firm that has its office at 110 West A Street, Suite 100; San Diego, CA 92101 and practices debt collection.

2. Defendant collects debt for MBNA.

3. Defendant committed the allegations below against Plaintiff within the County and City of San Diego.

4. The true names and capacities, whether individual, corporate, associate, or otherwise of defendants DOES 1 through 10, inclusive, are unknown to plaintiff at this time. Plaintiff sues those defendants by such fictitious names pursuant to Code of Civil Procedure section 474 and will amend this complaint to show their true names and capacities when they have been ascertained. Plaintiff is informed and believes, and based on that information and belief alleges, that each of the defendants designated as a DOE is negligently or legally responsible for the events and happenings referred to in this complaint, and negligently or otherwise unlawfully caused the injuries and damages to plaintiff alleged in this complaint.

## FIRST CAUSE OF ACTION

## VIOLATION OF FAIR DEBT COLLECTION PRACTICES ACT

## 15 USC 1692(b) and (c)

5. Prior allegations in sections 1 through 4 are hereby incorporated herein.

6. Defendant is a debt collector and attempted to collect a debt on a MBNA MasterCard number 5490995467001670.

7. Defendant was notified on or about September 16, 2002 that Plaintiff was represented by counsel.

8.  Defendant was further warned and notified of the representation several times thereafter in several phone conversations with Plaintiff's counsel since the initial notification.

9.  Defendant contacted Plaintiff directly numerous times even though Defendant had been made aware, several times, that Plaintiff was represented by counsel.

10.  These contacts were in direct violation of California Civil Code §1788.14.

## SECOND CAUSE OF ACTION

## VIOLATION OF CALIFORNIA FAIR DEBT COLLECTIONS ACT (ROSENTHAL ACT), CALIFORNIA CIVIL CODE §1788.11

11.  Prior allegations in sections 1 through 10 are hereby incorporated herein.

12.  Defendant was contacted numerous times, some even on the same day immediately following Defendant contacting Plaintiff's attorney.

13.  These contacts were in violation of California Civil Code §1788.11.

## THIRD CAUSE OF ACTION

## VIOLATION OF CALIFORNIA FAIR DEBT COLLECTIONS ACT (ROSENTHAL ACT), CALIFORNIA CIVIL CODE §1788.13

14.  Prior allegations in sections 1 through 13 are hereby incorporated herein.

15.  Defendant falsely threatened numerous times a wage garnishment to be started immediately prior to the confirmation of even the arbitration award.

16. Defendant falsely threatened the beginning of a wage garnishment being taken before even having sent out the paperwork to have the process started.

17. These threats were in violation of California Civil Code §1788.13.

## FOURTH CAUSE OF ACTION

## VIOLATION OF CALIFORNIA FAIR DEBT COLLECTIONS ACT (ROSENTHAL ACT), CALIFORNIA CIVIL CODE §1788.10

18. Prior allegations in sections 1 through 16 are hereby incorporated herein.

19. Defendant made allegations defaming Plaintiff and Plaintiff's attorney.

20. These statements were in violation of California Civil Code §1788.10.

## FIFTH CAUSE OF ACTION

## INTENTIONAL INFLICTION OF SEVERE EMOTIONAL DISTRESS

21. Prior allegations in sections 1 through 20 are hereby incorporated herein.

22. Defendant made calls and sent written documentation directly to Plaintiff, without Plaintiff's counsel permission.

23. Defendant did not cease their actions even when warned verbally and in writing by Plaintiff's counsel.

24. Plaintiff had to endure harassment and duress due to Defendant's continued calls and letters.

25. Defendant has caused Plaintiff to suffer severe emotional anxiety and distress.

## WHEREFORE

Plaintiff hereby prays for:

1. Actual and statutory damages under the Caifornia Fair Debt Collection Act, California Civil Code §1788.30.
2. Actual, compensatory, and punitive damages for the severe emotional distress.
3. Attorney's fees as provided by proof.
4. Costs as provided by proof.

Dated this 19th day of November, 2003

_____
Daniel Kodam, Esq.
Attorney For Plaintiff

**EXHIBIT "B"**

*119.282*

# SUMMONS
## (CITACION JUDICIAL)

**NOTICE TO DEFENDANT:** *(Aviso a Acusado)*
PATENAUDE AND FELIX; DOES 1-10; GIE020087

| FOR COURT USE ONLY |
| --- |
| *(SOLO PARA USO DE LA CORTE)* |

**YOU ARE BEING SUED BY PLAINTIFF:**
*(A Ud. le está demandando)*
STEPHANIE MASSEY

| You have **30 CALENDAR DAYS** after this summons is served on you to file a typewritten response at this court. | *Después de que le entreguen esta citación judicial usted tiene un plazo de 30 DIAS CALENDARIOS para presentar una respuesta escrita a máquina en esta corte.* |
| --- | --- |
| A letter or phone call will not protect you; your typewritten response must be in proper legal form if you want the court to hear your case. | *Una carta o una llamada telefónica no le ofrecerá protección; su respuesta escrita a máquina tiene que cumplir con las formalidades legales apropiadas si usted quiere que la corte escuche su caso.* |
| If you do not file your response on time, you may lose the case, and your wages, money and property may be taken without further warning from the court. | *Si usted no presenta su respuesta a tiempo, puede perder el caso, y le pueden quitar su salario, su dinero y otras cosasde su propiedad sin aviso adicional por parte de la corte.* |
| There are other legal requirements. You may want to call an attorney right away. If you do not know an attorney, you may call an attorney referral service or a legal aid office (listed in the phone book). | *Existen otros requisitos legales. Puede que usted quiera llamar a un abogado inmediatamente. Si no conoce a un abogado, puede llamar a un servicio de referencia de abogados o a una oficina de ayuda legal (vea el directorio telefónico).* |

The name and address of the court is: *(El nombre y dirección de la corte es)*
SUPERIOR COURT OF CALIFORNIA, COUNTY OF SAN DIEGO
250 East Main Street
El Cajon, CA 92020

CASE NUMBER: *(Número del Caso)* GIE020087

The name, address, and telephone number of plaintiff's attorney, or plaintiff without an attorney, is:
*(El nombre, la dirección y el número de teléfono del abogado del demandante, o del demandante que no tiene abogado es)*

DANIEL KODAM, ESQ
41743 Enterprise Circle North, #202; Temecula, CA 92590

DATE: DEC 2 6 2003          Clerk, by _____ M Heaton _____, Deputy
*(Fecha)*                         *(Actuario)*                      *(Delegado)*

**NOTICE TO THE PERSON SERVED:** You are served

(SEAL)

1. ☐ as an individual defendant.
2. ☐ as the person sued under the fictitious name of *(specify)*:
3. ☑ on behalf of *(specify)*: Patenaude and Felix

   under: ☐ CCP 416.10 (corporation)        ☐ CCP 416.60 (minor)
          ☐ CCP 416.20 (defunct corporation) ☐ CCP 416.70 (conservatee)
          ☐ CCP 416.40 (association or partnership) ☐ CCP 416.90 (individual)
          ☐ other:
4. ☑ by personal delivery on *(date)*: 01/14/04

Form Adopted by Rule 982
Judicial Council of California
982(a)(9) [Rev. January 1, 1984]

*(See reverse for Proof of Service)*
**SUMMONS**

CCP 412.20

**PROOF OF SERVICE — SUMMONS**
*(Use separate proof of service for each person served)*

1. I served the
   a. ☐ summons ☐ complaint ☐ amended summons ☐ amended complaint
      ☐ completed and blank Case Questionnaires ☐ Other *(specify):*
   b. on defendant *(name):*

   c. by serving ☐ defendant ☐ other *(name and title or relationship to person served):*

   d. ☐ by delivery ☐ at home ☐ at business
      (1) date:
      (2) time:
      (3) address:

   e. ☐ by mailing
      (1) date:
      (2) place:

2. Manner of service *(check proper box):*
   a. ☐ **Personal service.** By personally delivering copies. (CCP 415.10)
   b. ☐ **Substituted service on corporation, unincorporated association (including partnership), or public entity.** By leaving, during usual office hours copies in the office of the person served with the person who apparently was in charge and thereafter mailing (by first-class mail, postage prepaid) copies to the person served at the place where the copies were left. (CCP 415.20(a))
   c. ☐ **Substituted service on natural person, minor, conservatee, or candidate.** By leaving copies at the dwelling house, usual place of abode, or usual place of business of the person served in the presence of a competent member of the household or a person apparently in charge of the office or place of business, at least 18 years of age, who was informed of the general nature of the papers, and thereafter mailing (by first-class mail, postage prepaid) copies to the person served at the place where the copies were left. (CCP 415.20(b)) *(Attach separate declaration or affidavit stating acts relied on to establish reasonable diligence in first attempting personal service.)*
   d. ☐ **Mail and acknowledgment service.** By mailing (by first-class mail or airmail, postage prepaid) copies to the person served, together with two copies of the form of notice and acknowledgment and a return envelope, postage prepaid, addressed to the sender. (CCP 415.30) *(Attach completed acknowledgment of receipt.)*
   e. ☐ **Certified or registered mail serivce.** By mailing to an address outside California (by first-class mail postage prepaid, requiring a return receipt) copies to the person served. (CCP 415.40) *(Attach signed return receipt or other evidence of actual delivery to the person served.)*
   f. ☐ Other *(specify code section):*
      ☐ additional page is attached.

3. The "Notice to the Person Served" (on the summons) was completed as follows (CCP 412.30, 415.10, and 474):
   a. ☐ as an individual defendant.
   b. ☐ as the person sued under the fictitious name of *(specify):*
   c. ☐ on behalf of *(specify):*
      under: ☐ CCP 416.10 (corporation)        ☐ CCP 416.60 (minor)       ☐ other:
             ☐ CCP 416.20 (defunct corporation) ☐ CCP 416.70 (conservatee)
             ☐ CCP 416.40 (association or partnership) ☐ CCP 416.90 (individual)
   d. ☐ by personal delivery on *(date):*

4. At the time of service I was at least 18 years of age and not a party to this action.
5. Fee for service: $
6. Person serving:
   a. ☐ California sheriff, marshal, or constable.
   b. ☐ Registered California process server.
   c. ☐ Employee or independent contractor of a registered California process server.
   d. ☐ Not a registered California process server.
   e. ☐ Exempt from registration under Bus. & Prof. Code 22350(b).

   f. Name, address and telephone number and, if applicable, county of registration and number:

I declare under penalty of perjury under the laws of the State of California that the foregoing is true and correct.

*(For California sheriff, marshal, or constable use only)*
I certify that the foregoing is true and correct.

Date:                                                Date:

▶ _____              ▶ _____
         (SIGNATURE)                                       (SIGNATURE)

982(a)(9) [Rev. January 1, 1984]

JS44
(Rev. 07/89)

# CIVIL COVER SHEET

The JS-44 civil cover sheet and the information contained herein neither replace nor supplement the filing and service of pleadings or other papers as required by law, except as provided by local rules of court. This form, approved by the Judicial Conference of the United States in September 1974, is required for the use of the Clerk of Court for the purpose of initiating the civil docket sheet. (SEE INSTRUCTIONS ON THE SECOND PAGE OF THIS FORM.)

**I (a) PLAINTIFFS**

Stephanie Massey

**DEFENDANTS**

04 FEB 12 PM 2:45

Patenaude & Felix CLERK, U.S. DISTRICT COURT
SOUTHERN DISTRICT OF CALIFORNIA

**(b) COUNTY OF RESIDENCE OF FIRST LISTED PLAINTIFF** San Diego
(EXCEPT IN U.S. PLAINTIFF CASES)

**COUNTY OF RESIDENCE OF FIRST LISTED DEFENDANT** San Diego
(IN U.S. PLAINTIFF CASES ONLY)

DEPUTY

NOTE: IN LAND CONDEMNATION CASES, USE THE LOCATION OF THE TRACT OF LAND INVOLVED

'04 CV 00302 R (LSP)

**(c) ATTORNEYS (FIRM NAME, ADDRESS, AND TELEPHONE NUMBER)**

Troy Hall, Esq./Daniel Kodam, Esq.
41743 Enterprise Cir. N. Suite 202
Temecula, CA 92590

**ATTORNEYS (IF KNOWN)**

Patenaude & Felix
4545 MurphyCCanyon Road, Third Floor
San Diego, CA 92123

**II. BASIS OF JURISDICTION** (PLACE AN x IN ONE BOX ONLY)

- ☐ 1 U.S. Government Plaintiff
- ☒ 3 Federal Question (U.S. Government Not a Party)
- ☐ 2 U.S. Government Defendant
- ☐ 4 Diversity (Indicate Citizenship of Parties in Item III)

**III. CITIZENSHIP OF PRINCIPAL PARTIES** (PLACE AN X IN ONE BOX (For Diversity Cases Only) FOR PLAINTIFF AND ONE BOX FOR DEFENDANT

|  | PT | DEF |  | PT | DEF |
|---|---|---|---|---|---|
| Citizen of This State | ☐1 | ☐1 | Incorporated or Principal Place of Business in This State | ☐4 | ☐4 |
| Citizen of Another State | ☐2 | ☐2 | Incorporated and Principal Place of Business in Another State | ☐5 | ☐5 |
| Citizen or Subject of a Foreign Country | ☐3 | ☐3 | Foreign Nation | ☐6 | ☐6 |

**IV. CAUSE OF ACTION** (CITE THE US CIVIL STATUTE UNDER WHICH YOU ARE FILING AND WRITE A BRIEF STATEMENT OF CAUSE. DO NOT CITE JURISDICTIONAL STATUTES UNLESS DIVERSITY)

Plaintiff, Massey, filed a complaint against defendant, Patenaude & Felix for violations of 15 USC 1692. Defendant, Patenaude & Felix hereby removes the case to FederalCourt. 28.1441 cv (SP)

**V. NATURE OF SUIT** (PLACE AN X IN ONE BOX ONLY)

| CONTRACT | TORTS | | FORFEITURE/PENALTY | BANKRUPTCY | OTHER STATUTES |
|---|---|---|---|---|---|
|  | PERSONAL INJURY | PERSONAL INJURY |  |  |  |
| ☐ 110 Insurance | ☐ 310 Airplane | ☐ 362 Personal Injury- Medical Malpractice | ☐ 610 Agriculture | ☐ 422 Appeal 28 USC 158 | ☐ 400 State Reappointment |
| ☐ 120 Marine | ☐ 315 Airplane Product Liability |  | ☐ 620 Other Food & Drug | ☐ 423 Withdrawal 28 USC 157 | ☐ 410 Antitrust |
| ☐ 130 Miller Act |  |  | ☐ 625 Drug Related Seizure of Property 21 USC881 | **PROPERTY RIGHTS** | ☐ 430 Banks and Banking |
| ☐ 140 Negotiable Instrument | ☐ 320 Assault, Libel & Slander | ☐ 365 Personal Injury - Product Liability |  | ☐ 820 Copyrights | ☐ 450 Commerce/ICC Rates/etc. |
| ☐ 150 Recovery of Overpayment &Enforcement of Judgment | ☐ 330 Federal Employers' Liability |  | ☐ 630 Liquor Laws | ☐ 830 Patent | ☐ 460 Deportation |
|  |  | ☐ 368 Asbestos Personal Injury Product Liability | ☐ 640 RR & Truck | ☐ 840 Trademark | ☐ 470 Racketeer Influenced and Corrupt Organizations |
| ☐ 151 Medicare Act | ☐ 340 Marine |  | ☐ 650 Airline Regs | **SOCIAL SECURITY** |  |
| ☐ 152 Recovery of Defaulted Student Loans (Excl. Veterans) | ☐ 345 Marine Product Liability | **PERSONAL PROPERTY** | ☐ 660 Occupational Safety/Health | ☐ 861 HIA (13958) | ☐ 810 Selective Service |
|  |  | ☐ 370 Other Fraud | ☐ 690 Other | ☐ 862 Black Lung (923) | ☐ 850 Securities/Commodities Exchange |
| ☐ 153 Recovery of Overpayment of Veterans Benefits | ☐ 350 Motor Vehicle | ☐ 371 Truth in Lending | **LABOR** | ☐ 863 DIWC/DIWW (405(g)) |  |
|  | ☐ 355 Motor Vehicle Product Liability | ☐ 380 Other Personal Property Damage | ☐ 710 Fair Labor Standards Act | ☐ 864 SSID Title XVI | ☐ 875 Customer Challenge 12 USC |
| ☐ 160 Stockholders Suits |  |  | ☐ 720 Labor/Mgmt. Relations | ☐ 865 RSI (405(g)) | ☐ 891 Agricultural Acts |
| ☐ 190 Other Contract | ☐ 360 Other Personal Injury | ☐ 385 Property Damage Product Liability | ☐ 730 Labor/Mgmt. Reporting & Disclosure Act | **FEDERAL TAX SUITS** | ☐ 892 Economic Stabilization Act |
| ☐ 195 Contract Product Liability |  |  |  | ☐ 870 Taxes (U.S. Plaintiff or Defendant) | ☐ 893 Environmental Matters |
| **REAL PROPERTY** | **CIVIL RIGHTS** | **PRISONER PETITIONS** | ☐ 740 Railway Labor Act |  | ☐ 894 Energy Allocation Act |
| ☐ 210 Land Condemnation | ☐ 441 Voting | ☐ 510 Motions to Vacate Sentence Habeas Corpus | ☐ 790 Other Labor Litigation | ☐ 871 IRS - Third Party 26 USC 7609 | ☐ 895 Freedom of Information Act |
| ☐ 220 Foreclosure | ☐ 442 Employment |  | ☐ 791 Empl. Ret. Inc. Security Act |  | ☐ 900 Appeal of Fee Determination Under Equal Access to Justice |
| ☐ 230 Rent Lease & Ejectment | ☐ 443 Housing/Accommodations | ☐ 530 General |  |  |  |
| ☐ 240 Tort to Land | ☐ 444 Welfare | ☐ 535 Death Penalty |  |  | ☐ 950 Constitutionality of State |
| ☐ 245 Tort Product Liability | ☒ 440 Other Civil Rights | ☐ 540 Mandamus & Other |  |  | ☐ 890 Other Statutory Actions |
| ☐ 290 All Other Real Property | Other: 15 U 15 USC 1692 | ☐ 550 Civil Rights ☐ 555 Prisoner Conditions |  |  |  |

**VI. ORIGIN** (PLACE AN X IN ONE BOX ONLY)

- ☐ 1 Original Proceeding
- ☒ 2 Removal from State Court
- ☐ 3 Remanded from Appelate Court
- ☐ 4 Reinstated or Reopened
- ☐ 5 Transferred from another district (specify)
- ☐ 6 Multidistrict Litigation
- ☐ 7 Appeal to District Judge from Magistrate Judgment

**VII. REQUESTED IN COMPLAINT:**
☐ CHECK IF THIS IS A CLASS ACTION UNDER f.r.c.p. 23
DEMAND $ 50,000.00
Check YES only if demanded in complaint:
JURY DEMAND: ☐ YES ☒ NO

**VIII. RELATED CASE(S) IF ANY** (See Instructions): JUDGE _____ Docket Number GIF020087

DATE February 11, 2004   SIGNATURE OF ATTORNEY OF RECORD

::ODMA\PCDOCS\WORDPERFECT\22816\1 January 24, 2000 (3:10pm)

10/11/11 pd#150